JOHN V. JOHNSON
341 Flume Street, Suite C
Chico, California 95928
Telephone: (530) 893-0696
State Bar #103137

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| GREG LEE STAMPER, | ) | Case No.: 2:12-CV-0192 AC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION AND ORDER |
| | ) | TO SUBSTITUTE PLAINTIFF PARTIES |
| CAROLYN COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

It is hereby stipulated by and between the parties through their undersigned counsel, subject to the approval

of the Court, that Diana L. Steele (Stamper) be substituted as party plaintiff for Greg Lee Stamper, who died on

on September 23, 2012, based on a Certificate of Death and a Certificate of Marriage, on which both of their names

appear as spouses (see attached Exhibits).  This action is being taken pursuant to Federal Rule of Civil Procedure

Rule 25(a)(2), and 20 Code of Federal Regulations Section 416.542(b) that provides for paying an underpaid amount

of Supplemental Security Income to a surviving spouse who was living with the deceased in the month the

underpaid individual died, which confers on Ms. Diana J. Steele (Stamper) standing to pursue the claim for

///

///

///

///

///

///

///

1   Supplemental Security Income by deceased plaintiff, Greg Lee Stamper, as well as to agree to assign attorney's fees

2   under the Equal Access to Justice Act (EAJA).

3                                                             Respectfully Submitted,

4

5   DATED: April 4, 2014                                      /  s  /   John V. Johnson
                                                              (As authorized
6                                                             johnvjohnson@sbcglobal.net)
                                                              John V. Johnson
7                                                             Attorney for Plaintiff

8   DATED: April 4, 2014                                      BENJAMIN B. WAGNER
                                                              United States Attorney
9                                                             DONNA L. CALVERT, Acting
                                                              Regional Chief Attorney, Region IX
10                                                            Social Security Administration

11                                                            /  s  /   Ben Porter
                                                              BEN PORTER
12                                                            Special Assistant U.S. Attorney
                                                                     160 Spear Street, Suite 800
13                                                                    San Francisco, California 94105
                                                                     Telephone: (415) 977-8939
14                                                                    Facsimile: (415) 744-0134
                                                                     E-Mail: Ben.Porter@ssa.gov

15

16                                    ORDER

17          APPROVED AND SO ORDERED.

18

19   Dated: April 25, 2014

20                                                            _____  _____
                                                             ALLISON CLAIRE
21                                                           UNITED STATES MAGISTRTE JUDGE

22

23

24

25

26

27

28